# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**UNITED STATES OF AMERICA,**
*ex rel.* **BYOUNG JIN KOO,**

           **Plaintiff/Relator,**

      **v.**

**GS CALTEX,** *et al.*,

           **Defendants.**

        **Civil Action 2:18-cv-174**
        **Judge Algenon L. Marbley**
        **Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

This matter came before the Court for a telephone conference on September 18, 2019. This Order memorializes the results of that conference.

Relator moved for a protective order to vacate the Notice of Deposition served by the Government, seeking to take his deposition on September 19, 2019. (ECF No. 30.) Although the Court finds it appropriate for Relator's deposition to take place, holding it on September 19 is not feasible due to Relator's counsel's schedule and Relator's location in Korea. Moreover, Relator seeks production of certain interview notes prior to the deposition.

Accordingly, Relator's Motion for Protective Order (ECF No. 30) is **GRANTED IN PART and DENIED IN PART**. The parties are **DIRECTED** to confer regarding mutually convenient dates and locations for Relator's deposition in October 2019. The Government is **DIRECTED** to provide its position regarding the production of the requested interview notes no later than **SEPTEMBER 20, 2019**. If the parties are unable to reach agreement about these matters, they shall promptly contact chambers via email to request an informal discovery conference.

It is further **ORDERED** that the Government's deadline to file its opposition to Relator's Motion for Award of Relator's Share (ECF No. 17) is extended until **14 DAYS after Relator's deposition takes place**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE